IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                     NO. 4:07CR00279-01 RTD

JOSHUA LEE HOWE

### **ORDER**

Pursuant to the February 25, 2008 order of the Eighth Circuit Court of Appeals staying further proceedings in the district court, the trial scheduled for March 31, 2008 is continued. Once the appeal has been decided, the case will be rescheduled at the earliest possible date.

Dated this 29th day of February, 2008.

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK


BY: /s/ Patricia L. Murray
    Deputy Clerk