**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:07CR00279 JLH | |
| JOSHUA LEE HOWE | | DEFENDANT |

**ORDER**

On December 21, 2007, the Court directed the government to file an amended indictment deleting Count 1, incorporating the overt acts into Count 2, and striking the reference in the indictment to 18 U.S.C. § 3591-92. The Court cannot find in the record that the amended indictment has been filed. Therefore, the government is directed to file the amended indictment as soon as possible or explain to the Court why it should not do so.

IT IS SO ORDERED this 23rd day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE